155 P.3d 689

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Akahi | 27541 | 01/04/2007 | Reversed |
| Fenton v. Wintermeyer | 27326 | 01/17/2007 | Affirmed in part & reversed in part |
| State v. Murray | 27549 | 01/19/2007 | Affirmed |
| P.M., In re | 27793 | 01/23/2007 | Affirmed |
| Harless v. Schleif | 27716 | 01/25/2007 | Reversed |
| State v. Pham | 27478 | 01/29/2007 | Vacated & remanded |